# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| GREGORY J. HALPERN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| AMERICAN CIVIL LIBERTIES (ACLU); LAMBDA LEGAL; NATIONAL URBAN LEAGUE; NATIONAL FAIR HOUSING ALLIANCE; AIDS FOUNDATION OF CHICAGO; SAN FRANCISCO AIDS FOUNDATION; GLBT HISTORICAL SOCIETY; CATHOLIC CHARITIES FORT WORTH; AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS (AAUP); NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER EDUCATION (NADOHE); DEBORAH ARCHER; ANTHONY D. ROMERO; & DOES 1-100; | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>)<br>) NO. 25-50303<br>)<br>) JUDGE |
| Defendants. | )<br>) |

## JOINT NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441(a), and 1446, Defendants American Association of University Professors ("AAUP"), Lambda Legal Defense and Education Fund, Inc., and the National Fair Housing Alliance ("Removing Defendants"), by undersigned counsel, hereby file this Notice of Removal of the above-captioned action from the Circuit Court for the 22nd Judicial Circuit, McHenry County, Illinois, to the United States District Court for the Northern District of Illinois, Western Division, and in support of this Notice, aver as follows:

1. On or about March 28, 2025, Gregory J. Halpern, *pro se* ("Plaintiff"), filed an

action captioned *Gregory J. Halpern Plaintiff v. American Civil Liberties (ACLU); Lambda Legal; National Urban League; National Fair Housing Alliance; AIDS Foundation of Chicago; San Francisco AIDS Foundation; GLBT Historical Society; Catholic Charities Fort Worth; American Association of University Professors (AAUP); National Association of Diversity Officers in Higher Education (Nadohe); Deborah Archer (Individually); Anthony D. Romero (Individually); and Does 1-100 Defendants* in the Circuit Court for the 22nd Judicial Circuit, McHenry County, Illinois, which was docketed as Case No. 2025MR000076 (the "State Court Action").

2. On June 26, 2025, Plaintiff purported to serve AAUP with the Summons (attached hereto as Exhibit 1) and Complaint (attached hereto as Exhibit 2), via a process server.[1]

3. Lambda Legal Defense and Education Fund, Inc. was deemed served with the Summons and Complaint, by agreement, as of July 2, 2025.

4. On June 17, 2025, Plaintiff purports to have served the National Fair Housing Alliance with the Summons and Complaint, via commercial carrier.

5. Plaintiff purports to have served the AIDS Foundation of Chicago with the Summons, the San Francisco AIDS Foundation, the GLBT Historical Society, the American Civil Liberties Union, Deborah Archer, and Anthony Romero via similar means.

6. Counsel for AAUP has consulted with counsel for the AIDS Foundation of Chicago, the San Francisco AIDS Foundation, the GLBT Historical Society, the American Civil Liberties Union, Deborah Archer, and Anthony Romero. The AIDS Foundation of Chicago, the San Francisco AIDS Foundation, the GLBT Historical Society, the American Civil Liberties Union, Deborah Archer, and Anthony Romero each consent to removal.

---

[1] Defendants reserve all arguments as to whether service was properly effected.

7. No other Defendant has been served in the State Court Action based on a review of the docket as of this filing of the removal.

8. No Defendant has answered or moved to dismiss the Complaint filed in the State Court Action based on a review of the docket as of the filing of this Notice of Removal.

9. Copies of all process, pleadings, and orders that have been received by AAUP as of the date of filing this Notice of Removal are filed herewith as Exhibits 1-2. Copies of all other process, pleadings, or orders that have been filed in the State Court Action based on a review of the docket as of the date of filing this Notice of Removal are filed herewith as Exhibit 3.

10. Plaintiff alleges that he is a "lifelong citizen and taxpayer of the United States" who brings his action "in defense of the Constitution." See Ex. 2 at 5. His complaint is generally based on his opposition to lawsuits purportedly filed by the Defendants.

11. The Complaint states that it is "Filed Pursuant to 42 U.S.C. § 1983, 28 U.S.C. §§ 1331, 1343, 2201, 453, 454, 455, and under the Constitution of the United States." Ex. 2 at 3. In the body of the Complaint, Plaintiff also asserts claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 19 U.S.C. §§ 1961 *et seq.*, as well as under the United States Constitution. *Id.* at 16-17, 18-19. In addition, he alleges a variety of claims under Illinois law, common law, the Federal Rules of Civil Procedure, and the American Bar Association's Model Rules of Professional Conduct. *See id.* at 9-18.

**FEDERAL QUESTION JURISDICTION EXISTS UNDER 28 U.S.C. § 1331**

12. This action is removable under 28 U.S.C. §§ 1331 and 1441(a) because it is a civil action in which Plaintiff has asserted claims arising under the laws of the United States, including RICO and the federal Constitution. See Ex. 2 at 16-17, 18-19; *see also id.* at 3. The Court has supplemental jurisdiction over any state-law claims pursuant to 28 U.S.C. § 1367.

## ALL OTHER PREREQUISITES FOR REMOVAL HAVE BEEN SATISFIED

13. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the Northern District of Illinois, Western Division, is the proper venue for removal jurisdiction because it embraces McHenry County, Illinois, the place where the State Court Action is pending.

14. While McHenry County lies in the Western Division of the Northern District of Illinois, the Defendants who have been served and join or consent to this removal are all either headquartered in, or to the extent they have a presence in Illinois, have their principal places of business in, the city of Chicago, and all are represented by counsel located in Chicago. They respectfully submit that the Eastern Division is the more appropriate venue for managing this litigation efficiently and certain Defendants intend to move under 28 U.S.C. § 1404(a) to transfer the case accordingly.

15. Pursuant to 28 U.S.C. § 1446(b), the Removing Defendants are timely filing this Notice of Removal within thirty (30) days after service of the Complaint.

16. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal is being forwarded to Plaintiff, who is pro se, as well as to the Clerk of the Circuit Court for the 22nd Judicial Circuit, McHenry County, Illinois. A true and correct copy of the Notice of Filing of Notice of Removal (without exhibits) is attached hereto as Exhibit 4 and will be filed in the State Court Action and served on Plaintiff upon the filing of this Notice of Removal.

17. By filing this Notice of Removal, Defendants do not waive, and do reserve, any defenses that may be available to them.

18. By filing this Notice of Removal, Defendants do not intend to challenge this

Court's subject-matter jurisdiction under 28 U.S.C. §§ 1331 or 1367. To the extent that any Defendant argues that Plaintiff lacks Article III standing to assert particular claims or to pursue claims against specific Defendants, such arguments will not be raised as a basis to remand the case to state court and are not intended to suggest that this Court lacks jurisdiction over the case as a whole. Defendants preserve all such defenses.

19. Certain Defendants intend to file a motion to dismiss under the Illinois Citizen Participation Act, 735 ILCS 110/1 *et seq.* (the "Illinois anti-SLAPP statute"), and respectfully assert that such a motion is properly cognizable in federal court under *Erie* principles. The filing of this Notice of Removal is without waiver of those defenses.

WHEREFORE, Defendants AAUP, Lambda Legal Defense and Education Fund, Inc., and the National Fair Housing Alliance, with the consent of all other served defendants, hereby remove the State Court Action under Case No. 2025MR000076 from the Circuit Court for the 22nd Judicial Circuit, McHenry County, Illinois, to the United States District Court for the Northern District of Illinois, Western Division, for all further proceedings.

Respectfully submitted,

*/s/ Laura M. Finnegan*
Laura M. Finnegan
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street, Suite 1825
Chicago, IL 60606
312.236.4316
312.216.2563 (direct)
312.236.0241 (fax)
lmfinnegan@baumsigman.com

*Counsel for AAUP*

/s/ Jonathan S. Quinn
Jonathan S. Quinn
Neal, Gerber & Eisenberg LLP
225 West Randolph Street, Suite 2800
Chicago, IL 60606
Phone: 312-269-8093
Fax: 312-429-3531
Email: jquinn@nge.com

*Counsel for Lambda Legal Defense and Education Fund, Inc.*

/s/ Patrick Moran
Patrick F. Moran
Gordon Rees Scully Mansukhani
One North Wacker, Suite 1600
Chicago, IL 60606
Phone: (312) 980-6774
pmoran@grsm.com

*Counsel for National Fair Housing Alliance*

Dated: July 17, 2025