



No. 3:25-cv-50303 - Honorable Iain D. Johnston

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| IN RE CIVIL MATTER OF: | COMPLAINT FOR: DECLARATORY AND INJUNCTIVE RELIEF, DAMAGES AND DEMAND FOR A JURY TRIAL |
|---|---|
| GREGORY J. HALPERN<br>Plaintiff,<br>vs.<br>AMERICAN CIVIL LIBERTIES (ACLU);<br>LAMBDA LEGAL;<br>NATIONAL URBAN LEAGUE;<br>NATIONAL FAIR HOUSING ALLIANCE;<br>AIDS FOUNDATION OF CHICAGO;<br>SAN FRANCISCO AIDS FOUNDATION;<br>GLBT HISTORICAL SOCIETY;<br>CATHOLIC CHARITIES FORT WORTH;<br>AMERICAN ASSOCIATION OF UNIVERSITY PROFESSORS (AAUP);<br>NATIONAL ASSOCIATION OF DIVERSITY OFFICERS IN HIGHER EDUCATION (NADOHE); DEBORAH ARCHER (INDIVIDUALLY), ANTHONY D. ROMERO (INDIVIDUALLY), and DOES 1-100<br>Defendants. | Count I – Declaratory Relief (Vexatious Litigants)<br>Count II – Taxpayer Standing: Fraudulent Use of Public Funds<br>Count III – Common Law Fraud and Misrepresentation<br>Count IV – False and Misleading Advertising<br>Count V – Engaging in Lawfare in Violation of Rule 11 and Professional Ethics<br>Count VI – Violation of Executive Directives on National Security and Public Safety<br>Count VII – Judicial Overreach into Non-Justiciable Executive Authority<br>Count VIII - Intentional Infliction of Emotional Distress<br>Count IX – Racketeering Influenced Corrupt Organization (RICO) |

# PLAINTIFF'S OPPOSITION TO DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS AND SUPPLEMENTAL JUDICIAL NOTICE OF LITIGATION ABUSE

GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075

Plaintiff GREGORY J. HALPERN respectfully submits this Opposition to the Joint Motion for Extension of Time (Dkt. #21) filed by Defendants ACLU, Lambda Legal, National Fair Housing Alliance, AAUP, Deborah Archer, and Anthony Romero. Plaintiff further provides this Supplemental Judicial Notice documenting Defendants' ongoing and escalating procedural gamesmanship.

## I. INTRODUCTION AND PATTERN OF ABUSE

Defendants now request a multi-week extension of time, until September 13, 2025, to file a coordinated omnibus response to Plaintiff's Complaint. This request, however, is not grounded in fairness or good faith. It is the latest maneuver in a pattern of procedural exploitation and delay that began in the state court.

In McHenry County Circuit Court, Plaintiff agreed to prior extension requests made by these very same Defendants, including Lambda Legal. Yet, rather than respond in good faith, Defendants used the time granted to engineer a sudden and aggressive removal to federal court — ambushing both Plaintiff and the state judge overseeing active case management. Now in federal court, they continue the same strategy: delay, consolidate, obfuscate, and relocate. Their Transfer Motion (Dkt. #20) seeks to change divisions after removing to one they hand-picked. Their present Extension Motion (Dkt. #21) is part of that same procedural sleight of hand.

This is not litigation in the pursuit of truth. It is litigation by attrition — practiced by entities who have built institutional muscle memory around flooding the courts with hundreds of suits, motions, and filings, not to win but to exhaust. These Defendants are not concerned with whether their filings are effective, legal, procedurally proper, or ethically grounded. Their strategy is chaos: overburden the system, force opponents to waste time and resources, and exploit volume as a weapon. This entire case arises from exactly that behavior.

## II. Plaintiff Opposes Extension and Consolidated Defense Tactics

Plaintiff previously rejected coordination and omnibus scheduling by formal opposition (Dkt. #15) and via Judicial Notice (Dkt. #16). Nothing in Defendants' Extension Motion warrants reversal of that position. On the contrary, their continued efforts to consolidate filings across unrelated parties — and do so with lengthy extensions — reinforce the impropriety of their conduct.

They are not seeking time to respond fairly. They are seeking time to launch a disguised motion-to-dismiss sweep from a division of their choosing (Eastern) rather than the one they voluntarily removed to (Western). It is clear that Defendants' strategy is to stretch deadlines, disorient scheduling, and maneuver this litigation through attrition and obfuscation.

This Court should not condone that abuse of the federal system.

## III. SUPPLEMENTAL JUDICIAL NOTICE OF CONTINUED ABUSE

Plaintiff respectfully asks the Court to take notice, pursuant to Fed. R. Evid. 201, of Defendants' continued filings that seek delay, forum shifting, and tactical consolidation. Defendants' Joint Motion for Extension (Dkt. #21) is not an isolated procedural request; it is part of a broader pattern of forum manipulation, evasion, and coordinated litigation distortion.

From their initial extension requests in Circuit Court (which were granted), to their abrupt removal mid-scheduling, to their ongoing consolidation tactics and new attempt to switch venue divisions, the conduct of these Defendants now constitutes a deliberate and coordinated campaign of vexatious litigation abuse. It is designed not to resolve disputes, but to drown process in paper, confuse the forum, and burn the time and resources of the Court and the Plaintiff alike. This is systemic gamesmanship masquerading as litigation.

Plaintiff files this Notice so that the record fully reflects that procedural fairness — not convenience — is what is truly at stake.

## IV. CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Court:

1. DENY Defendants' Joint Motion for Extension of Time (Dkt. #21);
2. TAKE NOTICE under Rule 201 of the continued procedural misconduct;

3. REQUIRE each Defendant to file individualized responsive pleadings on their original schedules;

4. GRANT such further relief as this Court deems just.

Respectfully submitted,

Dated July 22, 2025

_____
GREGORY J. HALPERN, Pro Se
11008 MORNING DOVE LANE
SPRING GROVE, ILLINOIS 60081
EMAIL: GREGHALPERN1@PROTON.ME
PHONE: (847)565-9732
FAX: (815)604-8075