## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

GREGORY J. HALPERN,

        Plaintiff,

    v.

AMERICAN CIVIL LIBERTIES
UNION, *et al.,*

        Defendants.

Case No.  25 C 50303

Hon. Iain D. Johnston

## REMOVING DEFENDANTS' NOTICE OF NON-OPPOSITION
## TO PLAINTIFF'S MOTION TO REMAND

Defendants Lambda Legal Defense and Education Fund, Inc., the National Fair Housing Alliance and the American Association of University Professors (collectively, the "Removing Defendants"), by their undersigned counsel, hereby submit this Notice of Non-Opposition to Plaintiff's Motion to Remand (ECF 9).

While the Removing Defendants believed there was a colorable basis for removal under 28 U.S.C. §§ 1331 and 1441, they acknowledge the Court's July 24, 2025 Order to Show Cause and do not wish to burden the Court or the parties with further litigation over jurisdictional issues. Accordingly, the Removing Defendants do not oppose Plaintiff's Motion to Remand and will not submit a separate opposition brief.

For the avoidance of doubt, this notice is submitted solely on behalf of the three Removing Defendants. Other defendants who filed timely consents to removal but did

not join the original Notice—such as the American Civil Liberties Union, AIDS Foundation of Chicago, San Francisco AIDS Foundation, GLBT Historical Society, Deborah Archer, and Anthony Romero—have not joined this notice. The Removing Defendants express no view on whether those defendants intend to file their own responses or support or oppose remand.

Dated: August 5, 2025

By: /s/ Jonathan S. Quinn
Jonathan S. Quinn
Joseph B. Sherling
**Neal, Gerber & Eisenberg LLP**
225 West Randolph Street, Suite 2800
Chicago, Illinois 60606
Tel. (312) 269-8000
Fax: (312) 429-3531
jquinn@nge.com
jsherling@nge.com

*Counsel for Lambda Legal Defense and Education Fund, Inc.*

/s/ Elisabeth M. Oppenheimer
Elisabeth M. Oppenheimer
Richard F. Griffin
**Bredhoff & Kaiser PLLC**
805 15th Street NW Ste. 1000
Washington, DC 20005
Tel. (202) 842-2600
Fax: (202) 842-1888
eoppenheimer@bredhoff.com
rgriffin@bredhoff.com

Laura M. Finnegan
**Baum Sigman Auerbach & Neuman, Ltd.**
200 West Adams Street, Suite 1825
Chicago, IL 60606
312.236.4316
312.216.2563 (direct)
312.236.0241 (fax)
lmfinnegan@baumsigman.com

*Counsel for American Association of University Professors*


/s/ *Patrick F. Moran*
Patrick F. Moran
Taylor Hixon
**Gordon Rees Scully Mansukhani**
One North Wacker, Suite 1600
Chicago, IL 60606
Phone: (312) 980-6774
pmoran@grsm.com

*Counsel for National Fair Housing Alliance*

<u>CERTIFICATE OF SERVICE</u>

     I, Joseph B. Sherling, an attorney, certify that on August 5, 2025, a true and correct copy of **DEFENDANTS' JOINT NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** was served upon Plaintiff and all counsel of record via the Court's electronic filing system.


By: */s/ Joseph B. Sherling*

Jonathan S. Quinn
Joseph B. Sherling
**Neal, Gerber & Eisenberg LLP**
225 West Randolph Street, Suite 2800
Chicago, Illinois 60606
Tel. (312) 269-8000
Fax: (312) 429-3531
jquinn@nge.com
jsherling@nge.com

*Counsel for Defendant Lambda Legal Defense and Education Fund, Inc.*